Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement, the claim at ⅛ cent per pound was sustained.

No. 48990.—Protest 102789–K of Federal Wine & Liquor Co. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement the claim at ⅛ cent per pound was sustained.

No. 48991.—Protest 102792–K of J. & J. Distributing Co. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement, the claim at ⅛ cent per pound was sustained.

No. 48992.—Protest 103444–K of 21 Brands, Inc. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement the claim was sustained.

No. 48993.—Protest 103623–K of Standard Wine & Liquor Co., Inc. (New York).

Opinion by OLIVER, P. J. The collector's letter and statement on the entry referred to therein was admitted in evidence at the trial without objection of the Government. As these bottles were withdrawn from warehouse subsequent to the effective date of said Mexican Trade Agreement the claim at ⅛ cent per pound was sustained.